```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALBERT GRAY, JR.,              :        CIVIL ACTION
    Plaintiff              :
                                       :
    v.                     :
                                         :
JO ANNE B. BARNHART,           :
Commissioner of                :
Social Security,               :
        Defendant              :        NO. 04-4078

## O R D E R

**AND NOW,** this 28th day of October, 2005, having considered the parties' motions for summary judgment, and after review of the Report and Recommendation of Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED**;

3. Defendant's Motion for Summary Judgment is **DENIED**;

4. The matter is **REMANDED** to the Commissioner for a calculation of benefits for the closed period of disability from January 2000 to February 2001;

5. The matter is also **REMANDED** to the Commissioner for determination of whether the Plaintiff remained disabled after the closed period of disability; and

6. This case shall be **CLOSED** for statistical purposes.

                                                    BY THE COURT:

                                                    _____
                                                    John R. Padova, J.